UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RECEIVED
IN LAKE CHARLES, LA.
SEP 10 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

| | |
|---|---|
| DEMRY HILL<br>A/K/A DEMERY HILL<br>BOP#26086-077 | CIVIL ACTION NO. 2:13-CV-2902 |
| VERSUS | JUDGE TRIMBLE |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

THUS DONE AND SIGNED, in Lake Charles, Louisiana, on this 10th day of September, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE